UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS IVERS,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATIONS,<br><br>        Defendant. | Case No.  C07-5657 BHS/KLS<br><br>ORDER GRANTING MOTION TO WITHDRAW CASE FILING |

    Before the Court is the motion of Plaintiff Douglas Ivers filed in Case No. C07-5656RJB, in which Plaintiff states that he wishes to withdraw the filing of his proposed Complaint in this case. On November 21, 2007, Plaintiff filed an application to proceed *in forma pauperis* and submitted a proposed complaint. (Dkt. # 1). On November 26, 2007, the Clerk of the Court sent a letter to Mr. Ivers notifying him that his application was deficient in that he had failed to provide the court with an updated trust account statement. (Dkt. # 2). Mr. Ivers was given until December 26, 2007 to cure the defects in his application. (*Id*.). On December 18, 2007, Plaintiff sent a letter to the Clerk of the Court in another case that he is litigating in this Court, Case No. C07-5656, in which he stated that "at this time, he wished to stop [his] filing against the FBI = C07-5657 BHS/KLS." (*See* Dkt. # 4 in Case No. C07-5656). Plaintiff also requested that his complaint in this case be returned to him.

ORDER
Page - 1

Accordingly, it is **ORDERED**:

(1) The Clerk of the Court is directed to administratively **CLOSE** this file and to send copies of this Order and Plaintiff's Complaint to Plaintiff; and

(2) A copy of Plaintiff's motion referred to above (Dkt. # 4 in Case No. 07-5656) shall be docketed in this case along with a copy of this Order.

DATED this 16th day of January, 2008.

Karen L. Strombom
United States Magistrate Judge